

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00895-CR

Sean **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-1250
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 10, 2024.

Luz Elena D. Chapa, Justice